Gertrude E. Peterson, appellant, v. S. W. Straus & Company, appellee. Gen. No. 35,544.

Opinion filed April 5, 1932. Rehearing denied April 18, 1932.
Charles C. Spencer, for appellant. Deneen, Healy & Lee, for appellee; Harry W. Lippincott, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Union Bank of Chicago, appellee, v. Bernard C. Malter et al., defendants, on appeal of Bernard C. Malter, appellant. Gen. No. 35,830.

Opinion filed April 5, 1932.
Rubenstein & Becker, for appellant; Harry Becker, of counsel. Merle E. Finch, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Marcella Kobs, appellant, v. Kraemer Building Corporation et al., appellees. Gen. No. 35,281.

Opinion filed April 5, 1932.
Gallagher & McDevitt and Shulman, Shulman & Abrams, for appellant; Meyer Abrams and Vincent G. Gallagher, of counsel. Fisher, Boyden, Bell, Boyd & Marshall, for appellee Central Trust Co. of Illinois. Bachrach & Abt, for appellees Chicago Title & Trust Co. and Great American Securities Co. Poppenhusen, Johnston, Thompson & Cole, for appellee Greenebaum Sons Investment Co.

Mr. Justice Kerner delivered the opinion of the court.